**Dennis G. FOSTER, Petitioner–
Appellant,**

v.

**VIRGINIA DEPARTMENT OF
CORRECTIONS, Respondent–
Appellee.**

**No. 01–7344.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2001.

Decided Jan. 14, 2002.

Dennis G. Foster, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

PER CURIAM.

Dennis G. Foster appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Ac-

**212**

cordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Foster v. Virginia Dep't of Corr.,* No. CA–00–552–7 (W.D.Va. July 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*